# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DOZIER COX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0088-CG-C |
| | ) |
| CYNTHIA STEWART, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 16, 2014 is adopted as the opinion of this Court.

**DONE and ORDERED** this 22nd day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE